KINGS HIGHWAY DEVELOPMENT CO., INC., Respondent, *v.* FAMILY IMPORTING OLIVE OIL CO., INC., Appellant.

(Submitted April 24, 1933; decided April 28, 1933.)

*Samuel Meyers* for motion.
*Matthew T. Abruzzo* opposed.

Motion granted on payment of costs and ten dollars costs of motion.